USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERT PARRIS,

        Petitioner,

  -against-

MS. JOANDRA DAVIS,
WARDEN G.M.D.C.,

        Respondent.

------------------------------------------------------------X

CIVIL JUDGMENT

11 Civ. 9198 (LAP)

Pursuant to the order issued April 5, 2012, by the Honorable Loretta A. Preska, Chief United States District Judge, denying the Petition, it is,

ORDERED, ADJUDGED AND DECREED: That the Petition is denied. Because the Petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Judgment would not be taken in good faith.

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: April 5, 2012
      New York, New York

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____